IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 12-cr-00467-RBJ | Date: | January 30, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Justine Kozak |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Jeremy S. Sibert |
| v. | |
| 1.  GLENN WEBER<br>**Defendant(s)** | Robert J. Driscoll |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:33 a.m.

Appearances of counsel.

Defendant present in custody.

Argument and testimony given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [56] Government's Motion to Grant the Defendant a Three-Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) is GRANTED.

[55] Motion to Dismiss Counts is GRANTED.  Counts Two and Four of the Indictment are dismissed.

[49] Government's Motion for Sentence Reduction Pursuant to USSG § 5K1.1 is GRANTED.

**ORDERED:**   Defendant shall be **imprisoned** for **72 months** as to Counts One and Three of the Indictment, to be served concurrently.

Court RECOMMENDS that defendant receive credit for 482 days spent in federal custody.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4 years**.

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Condition** of Supervised Release that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**)   Defendant shall submit to a search of his person or residence on reasonable suspicion of any violation of supervised release.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a Colorado facility with RDAP.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) per count for a total of **$200.00**, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:20 a.m.          Hearing concluded.          Total time:     00:47